## Benno Heilbrunn, Plaintiff-Appellee, v. Fannie Zuidema, Defendant-Appellant.

**Gen. No. 11,082.**

Second District, First Division.

January 24, 1958.

Released for publication February 13, 1958.

Klein and Thorpe (Franklin W. Klein, and Constantine D. Kasson, of counsel) for appellant; Krusemark and Bertani (Louis R. Bertani, of counsel) for appellee. Opinion by JUSTICE McNEAL. Not to be published in full.